UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
      §
KISH, JULIE A § Case No. 12-18536
      §
      §
      Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 s. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/27/2013 in Courtroom 4016,
          Henry Hyde Judicial Office Facility
          505 N. County Farm Road
          Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/29/2013           By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
KISH, JULIE A § Case No. 12-18536
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,536.28 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 23,536.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,776.00 | $ 0.00 | $ 2,776.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,776.00 |
| Remaining Balance | $ 20,760.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,760.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | $ 17,281.80 | $ 0.00 | $ 17,281.80 |
| 3 | Capital One NA | $ 1,995.29 | $ 0.00 | $ 1,995.29 |
| 4 | Mirabella Kincaid et al | $ 1,483.19 | $ 0.00 | $ 1,483.19 |

Total to be paid to timely general unsecured creditors   $ 20,760.28

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms

Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                                     Case No. 12-18536-DRC
Julie A Kish                                                                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: lkorotko              Page 1 of 2            Date Rcvd: Aug 30, 2013
                           Form ID: pdf006            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2013.
```
db            +Julie A Kish,    32209 Village Green Blvd.,    Warrenville, IL 60555-5907
18873594       Advanced Oral & Maxillofacial,    533 W. North Ave., Ste.200,    Elmhurst, IL 60126-2143
18873595      +American Property Management,    1251 N Plum Grove Rd,    Schaumburg, IL 60173-5603
18873596      +Beermann, Pritikin et al. Law Firm,    161 N. Clark St., Ste.2600,    Chicago, IL 60601-3243
19739339       Capital One, N.A.,    c o Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern, PA 19355-0701
19448298      +City of Chicago Department of Revenue c/o,    Arnold Scott Harris, PC.,
                 222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
18873599      +Endodontics,    120 Oakbrook Center, Ste.714,    Oak Brook, IL 60523-1882
18873600      +GMAC MORTGAGE,    3451 HAMMOND AVE,    WATERLOO, IA 50702-5300
18873602      +HSBC BANK,    ATTN: BANKRUPTCY,    PO BOX 5213,    CAROL STREAM, IL 60197-5213
18873603      +Hyundai Finc,    ATTN: BANKRUPTCY,    POB 20809,    FOUNTAIN VALLEY, CA 92728-0809
18873605      +Mirabella, Kincaid, et al. LLC,    1737 S. Naperville Rd., Ste.100,    Wheaton, IL 60189-5894
18873606      +RBS CITIZENS NA,    1000 LAFAYETTE BLV,    BRIDGEPORT, CT 06604-4725
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18873597      +E-mail/Text: collections@cafcu.org Aug 31 2013 00:31:57     CORPORATE AMERICA FCU,
                 ATTN: COLLECTIONS DEPARTMENT,    2075 BIG TIMBER RD.,    ELGIN, IL 60123-1140
19450125       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 31 2013 00:46:18     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
18873598      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 31 2013 00:46:18     Discover Fin,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
18873601      +E-mail/Text: bk@gafco.net Aug 31 2013 00:31:09     GREAT AMERICAN FINANCE,
                 20 N WACKER DR. SUITE 2275,    CHICAGO, IL 60606-1294
18873604      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 31 2013 00:28:49     KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2013**                                             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko              Page 2 of 2                  Date Rcvd: Aug 30, 2013
                              Form ID: pdf006             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2013 at the address(es) listed below:

```
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
          Kerry S Trunkett    on behalf of Creditor    Corporate America Family Credit Union
           kerry@trunkettlawpc.com,
           mkeenan@trunkettlawpc.com;lpino@trunkettlawpc.com;Sheffron@trunkettlawpc.com
          Linda G Bal    on behalf of Debtor Julie A Kish lindabal@att.net,   bru.john@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```