UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:    §
    §
KISH, JULIE A    §    Case No. 12-18536
    §
    Debtor(s)    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Property Management 1251 N Plum Grove Rd Schaumburg, IL 60173 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CORPORATE AMERICA FCU ATTN: COLLECTIONS DEPARTMENT 2075 BIG TIMBER RD. ELGIN, IL 60123 | | | | | |
| | GMAC MORTGAGE 3451 HAMMOND AVE WATERLOO, IA 50704 | | | | | |
| | GREAT AMERICAN FINANCE 20 N WACKER DR. SUITE 2275 CHICAGO, IL 60606 | | | | | |
| | Hyundai Finc ATTN: BANKRUPTCY POB 20809 FOUNTAIN VALLEY, CA 92708 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Oral & Maxillofacial 533 W. North Ave., Ste.200 Elmhurst, IL 60126-2143 | | | | | |
| | Beermann, Pritikin et al. Law Firm 161 N. Clark St., Ste.2600 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Endodontics 120 Oakbrook Center, Ste.714 Oak Brook, IL 60523-1831 | | | | | |
| | HSBC BANK ATTN: BANKRUPTCY PO BOX 5213 CAROL STREAM, IL 60197 | | | | | |
| | RBS CITIZENS NA 1000 LAFAYETTE BLV BRIDGEPORT, CT 06604 | | | | | |
| 4 | AL, MIRABELLA KINCAID ET | | | | | |
| 3 | CAPITAL ONE NA | | | | | |
| 2 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-18536 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KISH, JULIE A | | Date Filed (f) or Converted (c): | 05/05/12 (f) |
| | | | 341(a) Meeting Date: | 08/07/12 |
| For Period Ending: | 11/08/13 | | Claims Bar Date: | 12/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CONDO LOCATION: 68 SHOREWOOD DR, GLENDALE HEIGHTS, | 54,800.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND LOCATION: 32209 VILLAGE GREEN BLVD., | 5.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT ENDING IN: 3181 LOCATION: CHARTER | 3,244.38 | 0.00 | | 0.00 | FA |
| 4. SAVINGS ACCOUNT ENDING IN: 3431 LOCATION: CHARTER | 0.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT LOCATION: VILLAGE GREEN OF CANTER | 150.00 | 0.00 | | 0.00 | FA |
| 6. ORDINARY HOUSEHOLD GOODS LOCATION: 32209 VILLAGE G | 290.00 | 0.00 | | 0.00 | FA |
| 7. SECURED HOUSEHOLD GOODS & FURNISHINGS LOCATION: 32 | 500.00 | 0.00 | | 0.00 | FA |
| 8. COLLECTIBLES LOCATION: 32209 VILLAGE GREEN BLVD., | 250.00 | 0.00 | | 0.00 | FA |
| 9. ORDINARY WEARING APPAREL LOCATION: 32209 VILLAGE G | 100.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY LOCATION: 32209 VILLAGE GREEN BLVD., WARRE | 405.00 | 0.00 | | 0.00 | FA |
| 11. EMPLOYER PENSION LOCATION: UNITED CHURCH OF CHRIST | 7,383.62 | 0.00 | | 0.00 | FA |
| 12. PROCEEDS FROM PERSONAL INJURY SUIT. LOCATION: ANDR | 49,500.00 | 0.00 | | 0.00 | FA |
| 13. 2007 HYUNDAI SANTA FE LOCATION: 68 SHOREWOOD DR., | 5,422.00 | 0.00 | | 0.00 | FA |
| 14. 2007 HYUNDAI ENTOURAGE LOCATION: 32209 VILLAGE GRE | 3,039.00 | 0.00 | | 0.00 | FA |
| 15. OFFICE EQUIPMENT LOCATION: 32209 VILLAGE GREEN BLV | 30.00 | 0.00 | | 0.00 | FA |
| 16. INTEREST IN THERESA KUTA TRUST (u) | 0.00 | 0.00 | | 23,536.28 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $125,119.00 | $0.00 | | $23,536.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/15    Current Projected Date of Final Report (TFR): 12/30/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.03a

FORM 2  
Page: 1  
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**  
Exhibit 9

| Case No: | 12-18536 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | KISH, JULIE A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1418 Checking - Non Interest |
| Taxpayer ID No: | *******9773 | | |
| For Period Ending: | 11/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 08/20/13 | | Theresa B Kuta Trust<br>John R. Kuta Trustee<br>127 Alsace Court<br>Bloomingdale IL 60108 | distirbution from trust | 23,536.28 | | | | | 23,536.28 |
| 08/20/13 | 16 | Asset Sales Memo: | INTEREST IN THERESA KUTA TRUST<br>$23,536.28 | | | | | | 23,536.28 |
| 10/02/13 | 010001 | Brenda Porter Helms | TRUSTEE FEE | | | 2,776.00 | | | 20,760.28 |
| 10/02/13 | 010002 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | | | 17,281.80 | | | 3,478.48 |
| 10/02/13 | 010003 | Capital One NA<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355 | Final Distribution | | | 1,995.29 | | | 1,483.19 |
| 10/02/13 | 010004 | Mirabella Kincaid et al<br>1737 S. Naperville Rd. #100<br>Wheaton IL 60189 | Final Distribution | | | 1,483.19 | | | 0.00 |

| Account *******1418 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1 Deposits | 23,536.28 | | 4 Checks | 23,536.28 |
| | 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 23,536.28 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 23,536.28 |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 23,536.28 | | | |

LFORM2XT  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*  
Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-18536 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KISH, JULIE A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8662 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9773 | | | |
| For Period Ending: | 11/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |

```
Account *******8662         Balance Forward            0.00
                       0    Deposits                   0.00        0  Checks              0.00
                       0    Interest Postings          0.00        0  Adjustments Out     0.00
                                                                   0  Transfers Out       0.00
                            Subtotal          $        0.00
                                                                      Total       $       0.00
                       0    Adjustments In             0.00
                       0    Transfers In               0.00

                            Total             $        0.00
```

```
Report Totals              Balance Forward            0.00
                       1    Deposits               23,536.28        4  Checks         23,536.28
                       0    Interest Postings          0.00        0  Adjustments Out     0.00
                                                                   0  Transfers Out       0.00
                            Subtotal          $   23,536.28
                                                                      Total       $  23,536.28
                       0    Adjustments In             0.00
                       0    Transfers In               0.00

                            Total             $   23,536.28       Net Total Balance  $   0.00
```

        /s/     BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 11/08/13
                BRENDA PORTER HELMS, TRUSTEE